```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 09902
   THERESE M SULLIVAN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4026


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/15/2006 and was confirmed 10/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 10/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ASSET MANAGEMENT             UNSECURED     NOT FILED            .00            .00
PROFESSIONAL MEDICAL COR     NOTICE ONLY   NOT FILED            .00            .00
DEPENDON COLLECTION SERV     UNSECURED     NOT FILED            .00            .00
FIRST AMERICAN BANK          NOTICE ONLY   NOT FILED            .00            .00
EDDIE BAUER                  UNSECURED     NOT FILED            .00            .00
JC PENNY                     UNSECURED           .00            .00            .00
GE MONEY BANK                UNSECURED        779.44            .00         779.44
H&F LAW                      UNSECURED     NOT FILED            .00            .00
TCF NATIONAL BANK            NOTICE ONLY   NOT FILED            .00            .00
ECAST SETTLEMENT CORP        UNSECURED        381.86            .00         381.86
MERCHANTS CREDIT GUIDE       UNSECURED     NOT FILED            .00            .00
MED1 LINDEN OAKS HOSPITA     NOTICE ONLY   NOT FILED            .00            .00
PEOPLES GAS & LIGHT          UNSECURED     NOT FILED            .00            .00
RESURGENCE FINANCIAL LLC     UNSECURED       9357.42            .00        9357.42
BOOKSPAN/DOUBLEDAY BOOKC     UNSECURED     NOT FILED            .00            .00
HISTORY BOOK CLUB            NOTICE ONLY   NOT FILED            .00            .00
ROUNDUP FUNDING LLC          UNSECURED       3228.57            .00        3228.57
SEARS                        NOTICE ONLY   NOT FILED            .00            .00
WEXLER & WEXLER              UNSECURED     NOT FILED            .00            .00
COMCAST CABLE                NOTICE ONLY   NOT FILED            .00            .00
WORLD FINANCIAL NETWORK      UNSECURED        521.98            .00         521.98
GE MONEY BANK                UNSECURED           .00            .00            .00
INTERNAL REVENUE SERVICE     PRIORITY         760.72            .00         760.72
INTERNAL REVENUE SERVICE     UNSECURED           .00            .00            .00
NATIONAL CAPITAL MGMT LL     UNSECURED       1012.01            .00        1012.01
NATIONAL CAPITAL MGMT LL     UNSECURED       1353.41            .00        1353.41
D PATRICK MULLARKEY          NOTICE ONLY   NOT FILED            .00            .00
DISTRICT COUNSEL             NOTICE ONLY   NOT FILED            .00            .00
UNITED STATES ATTORNEY       NOTICE ONLY   NOT FILED            .00            .00
INTERNAL REVENUE SERVICE     PRIORITY            .00            .00            .00
INTERNAL REVENUE SERVICE     UNSECURED         33.40            .00          33.40
ILLINOIS DEPT OF REVENUE     PRIORITY         467.52            .00         467.52

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09902 THERESE M SULLIVAN
```

```
ILLINOIS DEPT OF REVENUE  UNSECURED         105.30              .00       105.30
TIMOTHY K LIOU            DEBTOR ATTY     1,351.20                      1,351.20
TOM VAUGHN                TRUSTEE                                       1,319.67
DEBTOR REFUND             REFUND                                        1,395.50

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  22,068.00

PRIORITY                                      1,228.24
SECURED                                            .00
UNSECURED                                    16,773.39
ADMINISTRATIVE                                1,351.20
TRUSTEE COMPENSATION                          1,319.67
DEBTOR REFUND                                 1,395.50
                         ---------------    ---------------
TOTALS                   22,068.00           22,068.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/03/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE